CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Telephone: (916) 333-2222
Attorney for Defendants Richard Lee
Starcher and Marcia Elaine Starcher

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>RICHARD LEE STARCHER, in individual and representative capacity as trustee of The Richard And Marcia Starcher Trust Dated July 15, 2020; MARCIA ELAINE STARCHER, in individual and representative capacity as trustee of The Richard and Marcia Starcher Trust Dated July 15, 2020; and Does 1-10,<br><br>　　　Defendants. | Case: 3:21-CV-00766-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 18, 2021          CENTER FOR DISABILITY ACCESS

                             By:   /s/Amanda Seabock
                                 Amanda Seabock
                                 Attorney for Plaintiff


Dated: May 18, 2021          LAW OFFICE OF RICK MORIN, PC

                             By:   /s/Richard Morin
                                 Richard Morin
                                 Attorneys for Defendants
                                 Richard Lee Starcher and
                                 Marcia Elaine Starcher

Dated: May 19, 2021

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Richard Lee Starcher and Marcia Elaine Starcher, and that I have obtained authorization to affix his electronic signature to this document.

Dated: May 18, 2021       CENTER FOR DISABILITY ACCESS

                          /s/Amanda Seabock
                          Amanda Seabock
                          Attorney for Plaintiff